UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 30 PM 1:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP   DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07CR2513-JM |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| EDGAR IVAN CASTRO-GARCIA (03) Charges As: Roberto Garcia-Mesa, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

XX  the Court has granted the motion of the Government for dismissal without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 28, 2007

JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

ENTERED ON _____